IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICOLE PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.   13-cv-828-CJP |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act, **Doc. 20,** and defendant's Stipulation filed in response, **Doc. 21**.

Plaintiff asks for award of attorney's fees and expenses in the amount of $1,475.00. Defendant stipulates that plaintiff is entitled to that amount.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B),the Act. The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion **(Doc. 20)** is **GRANTED**. The Court awards plaintiff Nicole Perry the sum of **$1,475.00** for attorney's fees and expenses pursuant to the Equal Access to Justice Act. These funds shall be payable to plaintiff, per ***Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).** However, in accordance with defendant's

stipulation, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and her attorney.

**IT IS SO ORDERED.**

**DATE:   March 11, 2014.**


                                                    s/ Clifford J. Proud
                                                    **CLIFFORD J. PROUD**
                                                    **UNITED STATES MAGISTRATE JUDGE**